TRAD TELEVISION CORP., PLAINTIFF-PETITIONER, v. HARTFORD ACCIDENT & INDEMNITY COMPANY, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 35 *N. J. Super.* 36.

*Messrs. Edelstein & Edelstein* for the petitioner.

*Messrs. Durand, Ivins & Carton* for the respondent.

September 12, 1955.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN DE MEO, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 35 *N. J. Super.* 168.

*Mr. Charles L. Bertini* for the petitioner.

*Mr. Charles V. Webb, Jr.,* and *Mr. Myron W. Kronisch* for the respondent.